# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| DESIREE M. SCHMITT, | Case No. 1:21-cv-01188 |
| Plaintiff, | Judge Daniel A. Ruiz |
| v. | Magistrate Judge William H. Baughman |
| SECURITY NATIONAL SERVICING CORPORATION d/b/a SN SERVICING CORPORATION | **JOINT STATUS REPORT** |
| Defendant. | |

Plaintiff Desire M. Schmitt ("Plaintiff") and Defendant Security National Servicing Corporation d/b/a SN Servicing Corporation ("Defendant"), by through their respective counsel, and for the Joint Status Report required by this Court's February 28, 2022 Order (Doc. 24), state as follows:

(1) The only pending motion in this matter is Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion") that was filed on July 30, 2021 (Doc. 16). The Motion has been fully briefed as of October 19, 2021.

(2) Pursuant to the Court order entered August 4, 2021, the parties exchanged written discovery requests but discovery is stayed pending a ruling on the Motion. The parties anticipate responding to the discovery requests within thirty (30) days after the ruling on the Motion.

(3) The parties discussed the possibility of a settlement conference or mediation; however, the parties believe that a settlement conference would not be beneficial until after a ruling on the Motion.

(4) There are no upcoming conferences scheduled between the parties and the Court as of the date of the submission of this status report.

(5) There are no other matters at this time that should be brought to the Court's attention.

Respectfully Submitted,

| | |
|---|---|
| */s/ Marc E. Dann* | */s/Sarah A. Wilson (via email consent 3/14/2022)* |
| Marc E. Dann (0039425) | Sarah A. Wilson (0083816) |
| Brian D. Flick (0081605) | Edward W. Chang |
| Daniel M. Solar (0085632) | (admitted *pro hac vice*) |
| Michael A. Smith Jr. (0097147) | BLANK ROME, LLP |
| DANNLAW | 1700 PNC Center |
| 15000 Madison Avenue | 201 East Fifth Street |
| Lakewood, OH 44107 | Cincinnati, Ohio 45202 |
| Telephone: (216) 373-0539 | Tel: (513) 362-8750 |
| Facsimile: (216) 373-0536 | Fax: (513) 362-8769 |
| notices@dannlaw.com | Email: sarah.wilson@blankrome.com |
| | edward.chang@blankrome.com |
| Thomas A. Zimmerman, Jr. | |
| (admitted *pro hac vice*) | *Counsel for Defendant* |
| tom@attorneyzim.com | |
| Matthew C. De Re | |
| (admitted *pro hac vice*) | |
| matt@attorneyzim.com | |
| ZIMMERMAN LAW OFFICES, P.C. | |
| 77 W. Washington Street, Suite 1220 | |
| Chicago, Illinois 60602 | |
| Telephone: (312) 440-0020 | |

*Counsel for Plaintiff and the Putative Class and Subclasses*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022 I electronically filed this Joint Status Report with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Brian D. Flick (0081605)
Daniel M. Solar (0085632)
Michael A. Smith Jr. (0097147)
DANN LAW
*Counsel for Plaintiff and the
Putative Class and Subclasses*
