UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DESIREE M. SCHMITT, *individually and on behalf of all others similarly situated*, | ) ) ) ) | CASE NO.   1:21-cv-01188 |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT ENTRY |
| SECURITY NATIONAL SERVICING CORPORATION, *doing business as SN Servicing Corporation*, | ) ) ) ) ) | |
| Defendant. | ) | |

Consistent with the Memorandum Opinion and Order of this Court also filed this date, the action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  March 28, 2023

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge